**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Richard SILGUERO, Jr., Defendant–Appellant.**

No. 07–10822
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 28, 2008.

Richard A. Selinger, Jacksonville, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and BARKETT, Circuit Judges.

PER CURIAM:

Richard Selinger, appointed counsel for Richard Silguero, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Silguero's conviction and sentence are **AFFIRMED.**